# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO OWENS,** | Case No.: |
| Plaintiff. | 2:19-cv-01933-PSG-JPR |
| v. | |
| **FIRSTSOURCE ADVANTAGE, LLC,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: May 16, 2019      By: */s/ Amy L. B. Ginsburg*
    Amy L. B. Ginsburg, Esquire
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 788-2864
    Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

James L. Duke, Esq.
General Counsel, Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, New York 14228
James.Duke@na.firstsource.com
Attorney for Defendant

Dated: May 16, 2019            By: */s/ Amy L. B. Ginsburg*
                               Amy L. B. Ginsburg, Esquire
                               Kimmel & Silverman, P.C.
                               30 E. Butler Pike
                               Ambler, PA 19002
                               Phone: (215) 540-8888
                               Fax: (877) 788-2864
                               Email: aginsburg@creditlaw.com