# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OWENS, § § Plaintiff, § § v. § § FIRSTSOURCE ADVANTAGE, LLC, § § Defendant. § § § | Civil Action No. 2:19-cv-01933-PSG-JPR |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 14, 2019                /s/ Amy L. B. Ginsburg
                                    Amy L. B. Ginsburg, Esq.
                                    Kimmel & Silverman, P.C.
                                    30 East Butler Pike
                                    Ambler, PA 19002
                                    Phone: 215-540-8888
                                    Fax: 215-540-8817
                                    Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

James L. Duke
General Counsel, Firstsource Advantage, LLC
205 Bryant Woods South
Amherst New York 14228
James.Duke@na.firstsource.com
Attorney for Defendant

June 14, 2019                               /s/ Amy L. B. Ginsburg
                                            Amy L. B. Ginsburg, Esq.
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: 215-540-8888
                                            Fax: 215-540-8817
                                            Email: teamkimmel@creditlaw.com